<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| York Road Realty Co., L.P., | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 1513 C.D. 2015 |
| Cheltenham Township | : | |

O R D E R

AND NOW, this 2nd day of March, 2016, the Memorandum Opinion filed March 2, 2016, is amended to read:

HONORABL**E** JAMES GARDNER COLINS, Senior Judge

_____
ANNE E. COVEY, Judge